IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MOONLIGHT GENERAL
CONTRACTING, INC.,

      Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF
FINANCIAL SERVICES
DIVISION OF WORKERS'
COMPENSATION,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-398

_____/

Opinion filed December 9, 2016.

An appeal from the Department of Financial Services.

John D. Middleton and Adrian S. Middleton of Middleton & Middleton, P.A., Tallahassee, for Appellant.

Jonathan Martin, Assistant General Counsel, Department of Financial Services, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.